UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:23-cv-00203-AW-MJF

FLORIDA FIRE CHIEF'S ASSOCIATION
INC., a Florida Corporation,

    Plaintiff,

vs.

TRUIST BANK, and JOHN DOE(s),

    Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant TRUIST Bank, formerly known as SUNTRUST ("TRUIST") hereby submits its certificate of interested persons and corporate disclosure statement and states:

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. Truist Bank was formed on December 7, 2019, by the merger of SunTrust Bank into Branch Banking and Trust Company and Branch Banking and Trust Company's subsequent change of its name to Truist Bank. Truist Bank is a wholly owned subsidiary of Truist Financial Corporation. Truist Financial Corporation was formed by the merger of SunTrust Banks, Inc. into BB&T Corporation on December 6, 2019, the merger of SunTrust Bank Holding Company (a Florida Corporation) into BB&T Corporation on December 7, 2019, and BB&T Corporation's subsequent change of its name to Truist Financial Corporation (also on December 7, 2019).

> David A. Elliott, Esq., Counsel for Defendant, TRUIST
> Nicholas Agnello, Esq., Counsel for Defendant, TRUIST
> Burr & Forman LLP, Law Firm for Defendant, TRUIST
> Florida Fire Chief's Association Inc., Plaintiff
> Seldon J. Childers, Esq., counsel for Plaintiff
> Childers Law, LLC, Law Firm for Plaintiff

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- None known at this time.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED:  August 23, 2023.

Respectfully submitted,

*/s/ Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No. 90844)
BURR & FORMAN LLP
350 E. Las Olas Blvd., Suite 1440
Fort Lauderdale, FL 33301
Telephone: (954) 414-6202
Facsimile: (954) 414-6201
Email: nagnello@burr.com
Email: rzamora@burr.com
Email: flservice@burr.com
*Counsel for Defendant Truist Bank*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2023, the foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send an electronic service copy to:

Seldon J. Childers, Esq.
CHILDERS LAW, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Email: jchilders@smartbizlaw.com
Email: notice@smartbizlaw.com
*Counsel for Plaintiff*

/s/ *Nicholas S. Agnello*
Nicholas S. Agnello, Esq. (FL Bar No. 90844)
BURR & FORMAN LLP